```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

VASHAUN HUMPHREY, res and jus
in re Soul Spirit divine nature -
the self-Ausar                                           PLAINTIFF

    v.                        No. 07-2109

JUDGMENT OF COMMITMENT -
UNVOLUNTARY AGREEMENT,
#2:99CR20091-001
and FED #16818-076,
FBI #208541FB2 - set the
Person, Foreign Government                               DEFENDANTS

## ORDER

    Now on this 12th day of December 2007, there comes on for consideration the report and recommendation filed herein on November 28, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 5). Also before the Court is Plaintiff's Objection (Doc. 6) to the report and recommendation.

    The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. It appears that Plaintiff's objection is that Magistrate Marschewski has no jurisdiction to hear his case. However, in accordance with Title 28, Section 636(b)(1)(A) of the United States Code, Plaintiff's Complaint was properly referred to Magistrate Marschewski to determine whether service of process should issue. Accordingly, Plaintiff's Complaint is

**AO72A**
**(Rev. 8/82)**

DISMISSED WITH PREJUDICE on the grounds that the claims asserted are frivolous and fail to state claims upon which relief can be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action, or any portion thereof, may be dismissed on such grounds at any time). This case shall be deemed a strike for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g).

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge